FILED
CLERK, U.S. DISTRICT COURT

Mar 29, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., a minor, by and through her mother and legal guardian, TIFFANY LANGWELL; and TIFFANY LANGWELL, individually,<br><br>                 Plaintiffs,<br><br>        v.<br><br>COUNTY OF RIVERSIDE; DESERT REGIONAL MEDICAL CENTER; JENNIFER COSTELLO; and DOES 1 to 10, INCLUSIVE,<br><br>                 Defendants. | Case No. 5:15-cv-1826-VAP-DTB<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* PETITION FOR APPROVAL OF MINOR'S COMPROMISE OF CLAIMS, ALLOWING FOR PURCHASE OF ANNUITY BEFORE APRIL 15, 2017**<br><br>Date:<br>Time:<br>Ctrm: 2<br><br>Judge: Virginia A. Phillips |

Plaintiffs' *Ex Parte* Petition for Approval of Minor's Compromise of Claims came before the Honorable Virginia A. Phillips. The Court, having read and considered the petition and supporting papers submitted by the parties, having considered all other evidence and argument offered in support, now rules as follows: The Petition for Minor's Compromise of Claims belonging to the minor C.H. is granted.

Date: March 29, 2017

*/s/ Virginia A. Phillips*
The Honorable Virginia A. Phillips
Chief United States District Judge

CASE NO. 5:15-CV-1826
sd-692991

1

[PROPOSED] ORDER GRANTING *EX PARTE* PETITION FOR APPROVAL OF MINOR'S COMPROMISE OF CLAIMS